Mary Anne MACEDONIO

v.

**DEPARTMENT OF EMPLOYMENT SECURITY.**

No. 82–275–M.P.

Supreme Court of Rhode Island.

July 15, 1982.

Mortimer C. Newton, Providence, for petitioner.

### ORDER

The petition for writ of certiorari is denied.

Antonetta M. MARINO

v.

**Vincent J. MARINO.**

No. 82–318–M.P.

Supreme Court of Rhode Island.

July 15, 1982.

John D. Lynch, Warwick, for respondent.

Goldberg, Goldberg & Goldberg, Lawrence L. Goldberg, Pawtucket, for petitioner.

### ORDER

The petition for writ of certiorari and motion for stay are denied.